E. DE BRAEKELEER & Co., Limited, Respondent, *v.* HENRY SCHWABELAND et al., Substituted in Place and Stead of JOHN J. GORMAN, as Sheriff of the City and County of New York, Appellants.

*Braekeleer* v. *Schwabeland,* 86 Hun, 143, affirmed.
(Argued February 1, 1898; decided March 1, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered April 17, 1895, upon an order, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*George P. Hotaling* for appellants.

*Daniel P. Hays* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.